ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney                           JS-6
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
California Bar No. 190414
Asset Forfeiture Section
   United States Courthouse
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-Mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-4479 JFW(RZx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $44,748.00 IN U.S. CURRENCY, | |
| Defendant. | |
| GEORGE DECARLO HARRIS AND RICO DEVILLE BUICE, | |
| Claimants. | |

    This action was filed on May 23, 2012 against defendant $44,748.00 in U.S. currency (the "defendant currency"). Notice was given and published in accordance with law. George DeCarlo Harris ("Harris") and Rico Deville Buice ("Buice") (collectively, the

"claimants") claim an interest in the defendant currency, but have not filed a claim in this case or answered the complaint. However, claimants would have filed a claim and answer in this case absent this settlement. Plaintiff United States of America and claimants have reached an agreement that is dispositive of the action. No other parties have appeared and the time for filing claims and answers has expired. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Harris and Buice are deemed to have admitted the allegations of the Complaint. Harris and Buice are relieved of their obligation to file a claim and answer in this matter. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $37,248.00 of the defendant currency, together with all interest earned by the government on the defendant currency and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $7,500.00, without interest, shall be returned to claimants. The funds to be returned to claimants shall be paid to claimants by wire transfer to an account designated by claimants. Claimants shall provide any and all information needed to process the return of these funds according to federal law.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court further finds that claimants did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: August 17, 2012

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

cc: Fiscal

[Signatures appear on next page.]

**CONSENT**

The parties hereto consent to the above judgment and waive any right of appeal.

```
                                ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section
```

DATED: August 15, 2012         /s/
                               JONATHAN GALATZAN

                               Attorneys for Plaintiff
                               United States of America


DATED: August 13, 2012         /s/
                               George DeCarlo Harris, Claimant


DATED: August 13, 2012         /s/
                               Rico Deville Buice, Claimant


Approved as to form and content:

DATED: August 7, 2012          /s/
                               RICKY W. MORRIS, JR.

                               Attorney for Claimants
                               George DeCarlo Harris and
                               Rico Deville Buice

4