ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
California Bar No. 190414
Asset Forfeiture Section
   United States Courthouse
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-Mail: Jonathan.Galatzan@usdoj.gov

JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 12-4479 JFW(RZx) |
|     Plaintiff, | ) | |
|     v. | ) | CONSENT JUDGMENT OF FORFEITURE |
| $44,748.00 IN U.S. CURRENCY, | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| GEORGE DECARLO HARRIS AND RICO DEVILLE BUICE, | ) | |
|     Claimants. | ) | |

    This action was filed on May 23, 2012 against defendant $44,748.00 in U.S. currency (the "defendant currency"). Notice was given and published in accordance with law. George DeCarlo Harris ("Harris") and Rico Deville Buice ("Buice") (collectively, the

"claimants") claim an interest in the defendant currency, but have not filed a claim in this case or answered the complaint. However, claimants would have filed a claim and answer in this case absent this settlement.  Plaintiff United States of America and claimants have reached an agreement that is dispositive of the action.  No other parties have appeared and the time for filing claims and answers has expired.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

    1.   This Court has jurisdiction over the parties and the subject matter of this action.

    2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Harris and Buice are deemed to have admitted the allegations of the Complaint.  Harris and Buice are relieved of their obligation to file a claim and answer in this matter.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    3.   The United States of America shall have judgment as to $37,248.00 of the defendant currency, together with all interest earned by the government on the defendant currency and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

    4.   $7,500.00, without interest, shall be returned to claimants.  The funds to be returned to claimants shall be paid to claimants by wire transfer to an account designated by claimants. Claimants shall provide any and all information needed to process the return of these funds according to federal law.

1        5.   Claimants hereby release the United States of America,
2   its agencies, agents, and officers, including employees, officers
3   and agents of the Drug Enforcement Administration, as well as all
4   agents, officers, employees and representatives of any state or
5   local government or law enforcement agency involved in the
6   investigation or prosecution of this matter, from any and all
7   claims, actions or liabilities arising out of or related to the
8   seizure of the defendant currency or the prosecution of this
9   action, including, without limitation, any claim for attorney's
10  fees, costs or interest which may be asserted on behalf of
11  claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.
12       6.   The court finds that there was reasonable cause for the
13  seizure of the defendant currency and institution of these
14  proceedings.  This judgment shall be construed as a certificate of
15  reasonable cause pursuant to 28 U.S.C. § 2465.
16       7.   The Court further finds that claimants did not
17  substantially prevail in this action, and the parties hereto shall
18  bear their own attorney fees and costs.

20  Dated: August 17, 2012                _____
                                          THE HONORABLE JOHN F. WALTER
21                                        UNITED STATES DISTRICT JUDGE

22  cc: Fiscal

25  [Signatures appear on next page.]

3

1 **CONSENT**

2    The parties hereto consent to the above judgment and waive any
3 right of appeal.

```
                                    ANDRÉ BIROTTE JR.
                                    United States Attorney
                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


DATED: August 15, 2012              ___/s/_____
                                    JONATHAN GALATZAN

                                    Attorneys for Plaintiff
                                    United States of America




DATED: August 13, 2012              ___/s/_____
                                    George DeCarlo Harris, Claimant




DATED: August 13, 2012              ___/s/_____
                                    Rico Deville Buice, Claimant



Approved as to form and content:


DATED: August 7, 2012               ___/s/_____
                                    RICKY W. MORRIS, JR.

                                    Attorney for Claimants
                                    George DeCarlo Harris and
                                    Rico Deville Buice
```

4